UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RYAN, | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| | ) Case No.: 1:14-cv-10722-FDS |
| THE SCHREIBER LAW FIRM, LLC, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY**
**TELEPHONE FOR SCHEDULING CONFERENCE SET FOR JUNE 10, 2014**

COMES NOW, Plaintiff, Lisa Ryan, by and through her counsel, Craig Thor Kimmel, Kimmel & Silverman, P.C., and hereby moves this Honorable Court for telephonic appearance to the Scheduling Conference, an in support thereof, Plaintiff states the following:

1. The scheduling conference is scheduled to take place on June 10, 2014 at 2:20 pm before the Honorable F. Dennis Saylor, IV.

2. Because Plaintiff's counsel's office is in Ambler, Pennsylvania, Plaintiff respectfully requests that her counsel, Craig Thor Kimmel, be allowed to participate in the Scheduling Conference by telephone.

3. Further, as this is a fee shifting case brought pursuant to the FDCPA, Plaintiff's counsel is mindful of keeping fees and costs low to aid in the resolution of this matter.

4. Plaintiff's counsel contacted Defendant's counsel's consent prior to filing this Motion, and Defendant has no objection to this request.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an Order Granting the Motion to Appear Telephonically.

                                              Respectfully Submitted

DATE: May 1, 2014                    BY: /s/ CRAIG THOR KIMMEL

                                              Craig Thor Kimmel, Esq.
                                              BBO# 662924
                                              KIMMEL & SILVERMAN, P.C.
                                              30 East Butler Avenue
                                              Ambler, PA 19002
                                              (215)540-8888
                                              kimmel@creditlaw.com
                                              Attorney for Plaintiff