UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA RYAN,
   Plaintiff,

V                              CA 14-10722-MPK

THE SCHREIBER LAW FIRM, LLC
   Defendant.

## SETTLEMENT ORDER OF DISMISSAL

KELLEY, M.J.

The court having been advised on November 20, 2014 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 90 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause to restore it to the docket.

                                                    Zita Lovett,

                                                    Courtroom Deputy

Nov. 21, 2014